United States District Court
Southern District of Texas
ENTERED

JUL 0 2 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

121

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
(BROWNSVILLE DIVISION)

United States District Court
Southern District of Texas
FILED

JUL 0 1 1998

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MISSOURI PACIFIC RAILROAD CO. d/b/a UNION PACIFIC RAILROAD COMPANY and MISSOURI IMPROVEMENT COMPANY<br><br>VS.<br><br>PHILLIPS PROPERTIES, INC., CONOCO, INC., COASTAL MART, INC., TEXACO, INC., CITIES SERVICE COMPANY, LESLIE L. GILMORE d/b/a CITIES SERVICE, MOBIL OIL CORPORATION, GILMORE-GROSS OIL CO., ROY SCHAPIRA, DIAMOND SHAMROCK, INC., BROWNIES OIL COMPANY, DIFCO, INC., TEXAS STAR INVESTMENTS, INC., FRITTS LIMITED PARTNERSHIP, MAXEY R. GROSSENBACHER, DONALD G. HARTSHORN, GERALDEAN BROWN FRITTS, SPURGEON BROWN, AMERICAN EXPLORATION COMPANY, VERNON E. FAULCONER, INC., FAIR OPERATING, INC., GULF OIL CORPORATION, CHEVRON U.S.A., INC. AS SUCCESSOR IN INTEREST TO GULF OIL CORP., FINA, INC. f/k/a AMERICAN PETROFINA, INC., FINA OIL AND CHEMICAL COMPANY f/k/a AMERICAN PETROFINA COMPANY OF TEXAS, PETROFINA DELAWARE, INC., FAULCONER ENERGY CORPORATION, FAULCONER ENERGY JOINT VENTURE-1988, VALLEY PETROLEUM, INC., VALLEY SHAMROCK, INC. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NO. B-97-018<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>(A JURY IS DEMANDED) |

## ORDER ON AGREED MOTION TO DISMISS CITIES SERVICE COMPANY

On ____July 1____, 1998, the Court considered Plaintiffs Missouri Pacific Railroad Co. d/b/a Union Pacific Railroad Company and Missouri Improvement Company's

Agreed Motion to Dismiss the Defendant Cities Service Company who answered and appeared in this case on or about March 13, 1997. After considering the agreed motion, the Court

GRANTS the Motion to Dismiss, and

IT IS ACCORDINGLY ORDERED that the Defendant Cities Service Company who answered and appeared in this cause on or about March 13, 1997 be DISMISSED from this civil action.

IT IS FURTHER ORDERED that this dismissal is WITHOUT PREJUDICE to re-file.

SIGNED on the ___1___ day of ___July___, 1998.

_____
JUDGE PRESIDING


APPROVED AND ENTRY REQUESTED:

_____
MICHAEL M. GIBSON

_____
KEITH N. UHLES