127

United States District Court
Southern District of Texas
ENTERED

SEP 2 1 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# - BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
FILED

SEP 1998

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| MISSOURI PACIFIC RAILROAD, ET. AL. | § § § | |
| vs. | § § | CIVIL ACTION NO. B-97-00018 |
| PHILLIPS PROPERTIES | § § | |

## ORDER

Before the Court are Defendants Texas Star Investments' (Docket No. 108-2) and Phillips Properties' (Docket No. 125-1) Motions for More Definite Statement on the above-referenced cause of action. The Court having read and considered these motions is of the opinion that the Defendants' Motions for More Definite Statement should be **DENIED**.

THEREFORE, IT IS **ORDERED** that Defendants Texas Star Investments' and Phillips Properties' Motions for More Definite Statement are **DENIED**.

DONE in Brownsville, Texas, on this 21ST day of SEPT 1998.

John Wm. Black
United States Magistrate Judge