/28

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
FILED

SEP 23 1998

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MISSOURI PACIFIC RAILROAD, ET. AL. | § § § | |
| vs. | § | CIVIL ACTION NO. B-97-00018 |
| PHILLIPS PROPERTIES | § § | |

United States District Court
Southern District of Texas
ENTERED

SEP 23 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

Before the Court are the following Defendants' motions in the above-referenced cause of action:

Spurgeon Brown's Motion for Summary Judgment (Docket No. 16);

Spurgeon Brown's Motion for Summary Judgment (Docket No. 91);

Chevron U.S.A, Inc.'s Motion to Dismiss for Failure to State a Cause of Action (Docket No. 38-2);

Coastal Mart, Inc.'s Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted (Docket No. 46-2);

Valley Shamrock, Inc.'s Motion for Summary Judgment (Docket No. 52);

Conoco, Inc.'s Motion to Dismiss for Lack of Subject Matter Jurisdiction [Rule 12(b)(1)] and/or Alternatively, Motion to Dismiss for Failure to State a Claim [Rule 12(b)(6)] and/or Alternatively, Motion for More Definite Statement [Rule 12(e)] (Docket No. 2);

Conoco, Inc.'s First Amended Motion to Dismiss for Lack of Subject Matter Jurisdiction [Rule 12(b)(1)] and/or Alternatively, Motion to Dismiss for Failure to State a Claim [Rule 12(b)(6)] and/or Alternatively, Motion for More Definite Statement [Rule 12(e)] (Docket No. 85);

Roy Schapira's Motion for Summary Judgment (Docket No. 92);

DIFCO, Inc. and Texas Star Investment, Inc.'s Motion to Dismiss Pursuant to F. R. Civ. P. Rule 12(b)(6) for Plaintiff's Failure to State a Claim (Docket No. 43);

DIFCO, Inc. and Texas Star Investment, Inc.'s Amended Motion to Dismiss Pursuant to Rule 12(b)(6), F. R. Civ. P. for Plaintiff's Failure to State a Claim (Docket No. 108);

Phillips Properties, Inc.'s Motion to Dismiss for Failure to State a Cause of Action (Docket No. 45-2);

Phillips Properties, Inc.'s First Amended Motion to Dismiss for Failure to State a Cause of Action (Docket No. 125-2).

All of the aforesaid motions are **DENIED** without prejudice.

DONE in Brownsville, Texas, on this 23 day of September, 1998.

_____
Hilda G. Tagle
United States District Judge