/30

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## NOTICE

| | | |
|---|---|---|
| MISSOURI PACIFIC RAILROAD COMPANY, ET AL. | § § § | |
| VS. | § | CIVIL ACTION NO. B-97-018 |
| PHILLIPS PROPERTIES, INC. ET AL. | § § § | |

TYPE OF CASE:  __X__ CIVIL        ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

STATUS CONFERENCE
ALL COUNSEL OF RECORD WILL ATTEND
THIS STATUS CONFERENCE WILL NOT BE PASSED

PLACE:

UNITED STATES FEDERAL COURTHOUSE
500 E. 10TH STREET
BROWNSVILLE, TEXAS

ROOM NO.:

SECOND FLOOR COURTROOM, #2

DATE AND TIME:

DECEMBER 11, 1998 AT 2:30 P.M.

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE: NOVEMBER 24, 1998

TO:
| | |
|---|---|
| SHELBY A. JORDAN | MICHAEL GIBSON |
| ROBERT BAIAMONTE | FRANCISCO ENRIQUEZ |
| DAN MILLER | RAY THOMAS, JR. |
| SUSAN FROEHLY TEICH | ADOLPH GUERRA |
| EUGENE BREES | PATRICIA NOLAN |
| KEITH UHLES | MARCY ROTHMAN |
| JAMES DYER | JAMES DONNELL |
| ADRIAN MARTINEZ | TERRY KEY |
| MAXEY GROSSENBACHER | MICHAEL JONES |
| CALHOUN BOBBITT | KAREN ADAMS |
| CHARLES BERRY | ARTHUR MURPHY |
| HARVEY FERGUSON | CHARLES MURRAY |
| RICHARD P. HILL | JEFFREY DAVIS |

ClibPDF - www.fastio.com