135

United States District Court
Southern District of Texas
FILED

DEC 11 1998

Michael N. Milby, Clerk of Court

THE HONORABLE JOHN WM. BLACK

STATUS CONFERENCE

CIVIL ACTION NO. B-97-018          DATE & TIME: 12-11-98 AT 2:30 P.M.

MISSOURI PACIFIC RAILROAD          PLAINTIFF(S)  SHELBY A. JORDON
COMPANY, ET AL.                    COUNSEL       ROB BAIAMONTE

VS.

PHILLIPS PROPERTIES, INC.          DEFENDANT(S) COUNSEL
ET AL.                                     FRANCISCO ENRIQUEZ
                                           MICHAEL GIBSON
                                           DAN MILLER
                                           RAY THOMAS, JR.
                                           SUSAN FROEHLY TEICH
                                           ADOLPH GUERRA
                                           PATRICIA NOLAN
                                           KEITH UHLES
                                           MARCY ROTHMAN
                                           JAMES DYER
                                           JAMES DONNELL
                                           ADRIAN MARTINEZ
                                           TERRY KEY
                                           MAXEY GROSSENBACHER
                                           MICHAEL JONES
                                           CALHOUN BOBBITT
                                           KAREN ADAMS
                                           CHARLES BERRY
                                           ARTHUR MURPHY
                                           HARVEY FERGUSON
                                           CHARLES MURRAY
                                           RICHARD P. HILL
                                           JEFFREY DAVIS

---

Mr. Arturo Martinizez appeared for all Plaintiffs.
The following Defendants appeared today: Michael Gibson for Missouri Pacific; Adolph Guerra for Coastal; Frank Perez and Patricia Nolan for Texaco; Sharon Almaguer (for James Dyer) for American Exploration; Christy Hext (for Marcy Rothman) for Global; Meredith Canada (for Jeffrey Davis) for Canadian; Greg Luna (for Ray Thomas, Jr.) for Conoco; Javier Gonzalez (for Keith Uhles) for Chevron/Gulf Oil/ Cities Service; Mark Deco (for Harvey Ferguson) for Valley Petroleum; Lance Kirby (for Terry Key) for Fritts LTD Partnership; Charles Berry for Fina; Carla Saenz and Rebecca Vela (Richard P. Hill) for Fair Operating.
Not present were Calhoun Bobbitt and Arthur Murphy. Parties indicated that Karen

Adams and Eugene Breese are no longer part of this suit.

Judge Black indicated that he wanted only the attorneys of record to appear for all subsequent hearings and conferences.

A Confidentiality Order was presented for this Court's consideration and was granted by Judge Black.

Plaintiffs ordered to clean up parties by January 22, 1999. Status conference set for February 19, 1999.