*137*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

JAN 0 6 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MISSOURI PACIFIC RAILROAD COMPANY, ET AL. | § § § | |
| VS. | § | CIVIL ACTION NO. B-97-018 |
| PHILLIPS PROPERTIES, INC. ET AL. | § § § | |

TYPE OF CASE:        __X__ CIVIL                    ____ CRIMINAL

**TAKE NOTICE that the proceeding in this case has been continued as indicated below:**

TYPE:

**STATUS CONFERENCE**
WILL BE HELD WITH PREVIOUSLY SCHEDULED PRETRIAL CONFERENCE

PRIOR TO THIS STATUS CONFERENCE ALL ATTORNEYS SHOULD OBTAIN A COPY OF JUDGE HILDA TAGLE'S PROCEDURAL MANUAL

| PLACE: | ROOM NO.: |
|---|---|
| **UNITED STATES FEDERAL COURTHOUSE** **500 E. 10TH STREET** **BROWNSVILLE, TEXAS** | **SECOND FLOOR COURTROOM, #2** |

| DATE AND TIME PREVIOUSLY SCHEDULED: | CONTINUED TO DATE AND TIME: |
|---|---|
| **FEBRUARY 9, 1999** | **FEBRUARY 26, 1999 AT 10:30 A.M.** |

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    JANUARY 6, 1999

TO:    SHELBY A. JORDAN         MICHAEL GIBSON
       ROBERT BAIAMONTE         FRANCISCO ENRIQUEZ
       DAN MILLER               RAY THOMAS, JR.
       SUSAN FROEHLY TEICH      ADOLPH GUERRA
       EUGENE BREES             PATRICIA NOLAN
       KEITH UHLES              MARCY ROTHMAN
       JAMES DYER               JAMES DONNELL
       ADRIAN MARTINEZ          TERRY KEY
       MAXEY GROSSENBACHER      MICHAEL JONES
       CALHOUN BOBBITT          KAREN ADAMS
       CHARLES BERRY            ARTHUR MURPHY
       HARVEY FERGUSON          CHARLES MURRAY
       RICHARD P. HILL          JEFFREY DAVIS