*160*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
(BROWNSVILLE DIVISION)

United States District Court
Southern District of Texas
ENTERED

**JAN 2 6 1999**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MISSOURI PACIFIC RAILROAD | § | |
| COMPANY, d/b/a UNION PACIFIC | § | |
| RAILROAD COMPANY and | § | |
| MISSOURI IMPROVEMENT | § | |
| COMPANY | § | CIVIL ACTION NO. B-97-018 |
| | § | |
| VS. | § | |
| | § | |
| PHILLIPS PROPERTIES, INC., | § | |
| et al. | | |

## ORDER SETTING HEARING

IT IS ORDERED that a hearing on Texaco Inc.'s Motion to Disqualify Opposing

Counsel and Brief in Support Thereof is set for hearing the *4TH* day of

*FEBRUARY*, 1999, at *10* o'clock *A* .m. before The Honorable Magistrate

Judge William Black in the United States District Court for the Southern District of

Texas, Brownsville Division. *ATTORNEY-IN-CHARGE MUST BE PRESENT.*

SIGNED this *26TH* day of *JAN*, 1999.

_____
U.S. ~~DISTRICT~~ JUDGE
*MAGISTRATE*

cc:    Mr. Shelby A. Jordan
       Mr. Rob Baiamonte
       Jordan, Hyden, Womble & Culbreth, P.C.
       500 North Water Street, Suite 900
       Corpus Christi, Texas 78471

       Mr. Eugene (Chip) W. Brees, II
       Thompson & Knight
       98 San Jacinto, Suite 1200
       Austin, Texas 78701

       Mr. J. W. Dyer
       Dyer & Associates
       3700 N. Tenth Street, Suite 101
       McAllen, Texas 78501

Mr. Keith Uhles
Royston, Rayzor, Vickery & Williams
55 Cove Circle
P. O. Box 3509
Brownsville, Texas 78523-3509

Mr. Dan Miller
McElroy & Sullivan
P. O. Box 12127
Austin, Texas 78711

Mr. Francisco Enriquez
Enriquez & Cantu
4200-B North Bicentennial
McAllen, Texas 78504

Ms. Susan Froehly Teich
Mr. George A. Phair
Conoco Legal Dept.
600 N. Dairy Ashford
Houston, Texas 77079

Mr. Raymond Thomas
Thomas & Ramirez
4900 North 10th St., Bldg. B
P. O. Box 1416
McAllen, Texas 78505-1416

Mr. Arlo Van Denover
American Exploration Company
1331 Lamar, Suite 900
Houston, Texas 77010-3088

Mr. Calhoun Bobbitt
Bobbitt & Halter
1020 N.E. Loop 410, Suite 610
San Antonio, Texas 78209

Mr. Charles Berry
Vinson & Elkins
2300 First City Tower
1001 Fannin
Houston, Texas 77002-6760

Mr. Terry Key
Jones, Galligan, Key & Lozano
615 International Ave.
P. O. Drawer 1247
Weslaco, Texas 78599-1247

Mr. Michael E. Jones
Potter, Minton, Roberts, Davis & Jones
500 Plaza Tower
P. O. Box 359
Tyler, Texas 75710

Ms. Marsha A. Penn
P.O. Box 3725
Houston, Texas 77253-3725

Mr. Charles Murray
Atlas & Hall
818 Pecan
P.O. Drawer 3725
McAllen, Texas 78502-3725

Mr. Maxey Grossenbacher
1201 E. Tyler
Harlingen, Texas 78550

Mr. Donald Hartshorn
P. O. Box 1029
Comfort, Texas 78013

Mr. Donald Hartshorn
Gilmore-Gross
2400 West Highway 83
P. O. Box 400
McAllen, Texas 78501

Mr. J. Michael Myers
Ball & Weed
Trinity Plaza II, Suite 500
745 Mulbarry
San Antonio, Texas 78212-3191

Mr. Norton Colvin
Rodriguez, Colvin & Chaney
1201 E. Van Buren
Brownsville, Texas 78520

Mr. Rudy England
Hutcheson & Grundy
1200 Smith Street, Suite 3300
Houston, Texas 77002-4579

Ms. Leslie L. Gilmore
d/b/a Cities Service
The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

CHPDF - www.fastio.com

Mr. Ben Donnell
Mr. Adrian Martinez
Meredith, Donnell & Abernethy
One Shoreline Plaza
800 N. Shoreline, Suite 1500
Corpus Christi, Texas 78403-2624

Mr. J. Edward Mann
222 East Van Buren, Suite 701
Harlingen, Texas 78551-0231

Mr. Richard P. Hill
Griffith, Saenz & Hill, L.L.P.
One Park Place
100 Savannah, Suite 620
McAllen, Texas 78503

Mr. Adolph Guerra, Jr.
Roerig, Oliveira & Fisher
855 West Price Road, Suite 9
Brownsville, Texas 78520

Mr. Michael M. Gibson
Bayko, Gibson, Carnegie, Hagan, Scheemaker & Meyer, L.L.P.
Chase Tower,
50th Floor
Houston, TX  77002-2900

K. Susie Adams
Mladenka-Fowler, Adams & Associates
1529 Heights Blvd.
Houston, Texas 77008-4218

Marcy Rothman
Attorney at Law
1301 McKinney, Suite 3177
Houston, Texas 77010