161

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
(BROWNSVILLE DIVISION)

United States District Court
Southern District of Texas
ENTERED

JAN 29 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MISSOURI PACIFIC RAILROAD CO. d/b/a UNION PACIFIC RAILROAD COMPANY and MISSOURI IMPROVEMENT COMPANY | § § § § § | |
| VS. | § § | CIVIL ACTION NO. B-97-018 |
| PHILLIPS PROPERTIES, INC., ET AL. | § | (A JURY IS DEMANDED) |

## ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

On 27 JAN, 1999, the Court considered Plaintiffs Missouri Pacific Railroad Co. d/b/a Union Pacific Railroad Company's and Missouri Improvement Company's Motion for Leave under Rule 15(a). After considering the motion the Court GRANTS the motion for leave and ORDERS that the Plaintiffs' Third Amended Original Complaint is deemed filed.

SIGNED 27 JAN, 1999.

_____
U.S. ~~DISTRICT~~ JUDGE
MAGISTRATE

APPROVED AND ENTRY REQUESTED:

_____
MICHAEL M. GIBSON

5