IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
(BROWNSVILLE DIVISION)

United States District Court
Southern District of Texas
ENTERED

JAN 2 9 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| MISSOURI PACIFIC RAILROAD CO. d/b/a UNION PACIFIC RAILROAD COMPANY and MISSOURI IMPROVEMENT COMPANY § § § § § | |
| VS. § | CIVIL ACTION NO. B-97-018 |
| PHILLIPS PROPERTIES, INC., ET AL. § § | |

## ORDER

On  27  JAN , 1999, the Court considered Plaintiffs Missouri Pacific Railroad Co. d/b/a Union Pacific Railroad Company and Missouri Improvement Company's Motion for Substitution of Lead Counsel. Having considered the Motion, the Court is of the opinion that it is well-taken. Accordingly, it is

1. ORDERED, ADJUDGED and DECREED that Plaintiffs Missouri Pacific Railroad Co. d/b/a Union Pacific Railroad Company and Missouri Improvement Company's Motion for Substitution of Lead Counsel is in all respects GRANTED; it is further

2. ORDERED, ADJUDGED and DECREED that Michael M. Gibson of the firm of Bayko Gibson Carnegie Hagan Schoonmaker & Meyer, L.L.P. is substituted as attorney-in-charge for Plaintiffs Missouri Pacific Railroad Co. d/b/a Union Pacific Railroad Company and Missouri Improvement Company in place of Shelby A. Jordan and the firm of Jordan, Hyden, Womble & Culbreth, P.C.; it is further

3. ORDERED, ADJUDGED and DECREED that Shelby A. Jordan and the firm of Jordan, Hyden, Womble & Culbreth, P.C. shall continue as counsel for Plaintiffs Missouri Pacific Railroad Co. d/b/a Union Pacific Railroad Company and Missouri Improvement Company in this

4

case as co-counsel to Michael M. Gibson and the firm of Bayko Gibson Carnegie Hagan Schoonmaker & Meyer, L.L.P.

SIGNED on the 27 day of JAN, 1999.

_____
JUDGE PRESIDING

APPROVED AND ENTRY REQUESTED:

_____
MICHAEL M. GIBSON

_____
SHELBY A. JORDAN*

*Signed By Permission

5