163

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
(BROWNSVILLE DIVISION)

United States District Court
Southern District of Texas
ENTERED

FEB 01 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| MISSOURI PACIFIC RAILROAD CO. d/b/a UNION PACIFIC RAILROAD COMPANY and MISSOURI IMPROVEMENT COMPANY § § § § § § § § § VS. PHILLIPS PROPERTIES, INC., ET AL. | CIVIL ACTION NO. B-97-018 |

## ORDER ON AGREED MOTION TO DISMISS

On _July 8_, 1999, the Court considered Plaintiffs Missouri Pacific Railroad Co. d/b/a Union Pacific Railroad Company and Missouri Improvement Company's Agreed Motion to Dismiss Defendants Coastal Mart, Inc., Difco, Inc., Texas Star Investments, Inc., Valley Shamrock, Inc., American Exploration Company, Vernon E. Faulconer, Inc., Faulconer Energy Corporation, Faulconer Energy Joint Venture-1988, Fair Operating, Inc., Fina, Inc. f/k/a American Petrofina, Inc., Fina Oil And Chemical Company f/k/a American Petrofina Company of Texas, Petrofina Delaware, Inc., and Maxey R. Grossenbacher. After considering the agreed motion, the Court

GRANTS the Motion to Dismiss, and

IT IS ACCORDINGLY ORDERED that Defendants Coastal Mart, Inc., Difco, Inc., Texas Star Investments, Inc., Valley Shamrock, Inc., American Exploration Company, Vernon E. Faulconer, Inc., Faulconer Energy Corporation, Faulconer Energy Joint Venture-1988, Fair Operating, Inc., Fina, Inc. f/k/a American Petrofina, Inc., Fina Oil And Chemical Company f/k/a American Petrofina Company of Texas, Petrofina Delaware, Inc., and Maxey R. Grossenbacher be DISMISSED from this civil action.

6

IT IS FURTHER ORDERED that this dismissal is WITHOUT PREJUDICE to re-file.

SIGNED on the \_\_01st\_\_ day of \_\_July\_\_, 1999.

_____
JUDGE PRESIDING

APPROVED AND ENTRY REQUESTED:

_____
MICHAEL M. GIBSON

7