176

UNITES STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 24 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| MISSOURI PACIFIC RAILROAD COMPANY § <br> D/B/A UNION PACIFIC RAILROAD § <br> COMPANY AND MISSOURI IMPROVEMENT § <br> COMPANY § <br> § <br> VS. § <br> § <br> PHILLIPS PROPERTIES, INC.; CONOCO § <br> INC., COASTAL MART, INC.; TEXACO, § <br> NC.; CITIES SERVICE COMPANY; LESLIE § <br> L. GILMORE D/B/A CITIES SERVICE; § <br> MOBILE OIL CORPORATION; GILMORE- § <br> GROSS OIL CO.; ROY SCHAPIRA; § <br> DIAMOND SHAMROCK, INC.; BROWNIES § <br> OIL COMPANY; DIFCO, INC.; TEXAS STAR § <br> INVESTMENTS, INC., FRITTS LIMITED § <br> PARTNERSHIP; MAXEY R. § <br> GROSSENBACHER; DONALD G. § <br> HARTSHORN; GERALDEAN BROWN § <br> FRITTS; SPURGEON BROWN; AMERICAN § <br> EXPLORATION COMPANY; VERNON E. § <br> FAULCONER, INC.; FAIR OPERATING, § <br> INC.; GULF OIL CORPORATION; CHEVRON § <br> U.S.A., INC. AS A SUCCESSOR IN § <br> INTEREST TO GULF OIL CORP., FINA, INC. § <br> F/K/A AMERICAN PETROFINA, INC.; FINA § <br> OIL AND CHEMICAL COMPANY F/K/A § <br> AMERICAN PETROFINA COMPANY OF § <br> TEXAS; PETROFINA DELAWARE, INC.; § <br> FAULCONER ENERGY JOINT VENTURE- § <br> 1988; VALLEY PETROLEUM, INC.; VALLEY § <br> SHAMROCK, INC. § | CIVIL ACTION NO. B-97-018 |

## ORDER

On __24 FEB__, 1999, the Court considered Defendants Fritts Limited Partnership and Geraldean Brown Fritts' Motion for Substitution of Lead Counsel. Having considered the Motion, the Court is of the opinion that it is well-taken. Accordingly, it is

Page 1

1. ORDERED, ADJUDGED and DECREED that Defendants Fritts Limited Partnership and Geraldean Brown Fritts' Motion for Substitution of Lead Counsel is in all respects GRANTED; it is further

2. ORDERED, ADJUDGED and DECREED that Lance A. Kirby of the firm of Jones, Galligan, Key & Lozano, L.L.P. is substituted as attorney-in-charge for Defendants Fritts Limited Partnership and Geraldean Brown Fritts in place of Terry D. Key of the firm of Jones, Galligan, Key & Lozano, L.L.P.; it is further

3. ORDERED, ADJUDGED and DECREED that Terry D. Key of the firm of Jones, Galligan, Key & Lozano, L.L.P. shall continue as counsel for Defendants Fritts Limited Partnership and Geraldean Brown Fritts in this case as co-counsel to Lance A. Kirby and the firm of Jones, Galligan, Key & Lozano, L.L.P.

SIGNED on the 24 day of FEB, 1999.

_____
JUDGE PRESIDING

APPROVED AND ENTRY REQUESTED:

_____
LANCE A. KIRBY

_____
TERRY D. KEY

Page 2