*177*

United States District Court
Southern District of Texas
ENTERED

FEB 24 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MISSOURI PACIFIC RAILROAD CO. d/b/a UNION PACIFIC RAILROAD IMPROVEMENT COMPANY | § § § § | |
| | § | CIVIL ACTION NO. B-97-018 |
| VS. | § | |
| | § | |
| PHILLIPS PROPERTIES, INC., ET AL | § | |

## ORDER

On __24 FEB 99__, 1999, the Court considered Defendants Roy Schapira, Spurgeon Brown and Brownies Oil Company's Motion for Appearance of Co-Counsel, and the Court, having considered the Motion, is of the opinion that it is well taken.  Accordingly, it is

ORDERED, ADJUDGED and DECREED that Defendants Roy Schapira, Spurgeon Brown and Brownies Oil Company's Motion for Appearance of Co-Counsel is, in all respects, GRANTED;

IT IS FURTHER ORDERED, ADJUDGED and DECREED that Sharon Almaguer of the firm of Dyer & Denham be allowed to act as co-counsel in the above matter, with full authority as lead counsel.

SIGNED on the __24__ day of __FEB__, 1999.

_____
JUDGE PRESIDING

5