178

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 24 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MISSOURI PACIFIC RAILROAD COMPANY, et al., | § § § § | |
| Plaintiffs, | § § | |
| VS. | § § § | CIVIL ACTION NO. B-97-018 |
| PHILLIPS PROPERTIES, INC., et al., | § § § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on the 24 day of February, 1999, came on to be considered Defendants', Ultramar Diamond Shamrock Corporation f/k/a Diamond Shamrock, Inc. and Valley Petroleum, Inc., Motion for Appearance of Co-Counsel, for the Purposes of Hearing On February 26, 1999, and this Court is of the opinion that the said Defendants' Motion should be GRANTED, AND Allows Cecile Foy Gsanger to substitute For Attorney-in-charge Harvey Ferguson, Jr.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that Defendants', Ultramar Diamond Shamrock Corporation f/k/a Diamond Shamrock and Valley Petroleum, Inc., Motion for Appearance of Co-Counsel for the Purposes of Hearing On February 26, 1999, is GRANTED.

SIGNED, ORDERED AND ENTERED this the 24 day of February, 1999.

U.S. DISTRICT JUDGE