179

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
ENTERED

FEB 24 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MISSOURI PACIFIC RAILROAD, ET. AL. | § § § | |
| vs. | § | CIVIL ACTION NO. B-97-00018 |
| PHILLIPS PROPERTIES, INC., ET AL | § § | |

## ORDER

Before the Court are Defendant Texaco, Inc.'s Motion to Disqualify Opposing Counsel (Docket No. 145), and its Supplement to Motion to Disqualify Opposing counsel and Brief in Support of (Docket No. 171) in the above-referenced cause of action. The lawyers Texaco seeks to disqualify are of unquestioned integrity. However, the Fifth Circuit precedent requires disqualification. *See In re American Airlines, Inc*, 972 F.2d 605, 614 (5th Cir. 1992); *Green v. Administrators of the Tulane Education Fund*, 1998 WL 24424 (E.D. La. Jan. 23, 1998).

IT IS THEREFORE **ORDERED** that Defendant Texaco, Inc.'s Motion to Disqualify Opposing Counsel is hereby **GRANTED**.

DONE in Brownsville, Texas, on this 24TH day of FEB 1999.

John Wm. Black
United States Magistrate Judge