193

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
(BROWNSVILLE DIVISION)

United States District Court
Southern District of Texas
ENTERED

APR 29 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| MISSOURI PACIFIC RAILROAD CO. § <br> d/b/a UNION PACIFIC RAILROAD § <br> COMPANY and MISSOURI § <br> IMPROVEMENT COMPANY § <br> VS. § <br> § <br> PHILLIPS PROPERTIES, INC., ET AL. § | CIVIL ACTION NO. B-97-018 <br><br> A JURY IS DEMANDED |

## ORDER ON AGREED MOTION FOR CONTINUANCE

On this 20TH day of APRIL, 1999, the Court considered the Agreed Motion for Continuance of the parties. After considering the motion, the Court is of the opinion that the Motion is, in all respects, proper, and should be **GRANTED**. It is hereby

**ORDERED** that the trial of this cause is continued until on or about July 17, 2000. It is further **ORDERED** that the Scheduling Order in this case is amended to be consistent with this continuance, and the Court hereby **ORDERS** and adopts the following amended schedule and deadlines for pretrial proceedings which counsel for Plaintiffs and Defendants have agreed to and submitted to this Court for approval:

### DEADLINES

1. September 3, 1999 — EXPERTS for all plaintiffs shall be designated by this date. Experts for all other parties shall be designated 90 days after this date. No additional experts will be permitted to testify except for good cause shown.

2. September 3, 1999 — EXPERT REPORTS for all plaintiffs shall be due by this date. Expert reports for all other parties shall be due 90 days after this date. Experts will not be permitted to testify unless their report is filed and served in accordance with this deadline, except for good cause shown.
   The expert reports must contain, at a minimum, that information required by F.R.C.P. Rule 26(a)(2)(B), including, but not limited to, the qualifications of each expert, the opinions of the expert, the opinions the expert will present, and the bases for the

opinions.

3. January 14, 2000 — NEW PARTIES shall be joined and served by this date. The party causing such joinder will provide copies of this Order to the new parties.

4. April 17, 2000 — RULE 26(e)(1) SUPPLEMENTAL DISCLOSURES shall be due by this date by all parties and further supplemented or amended upon receipt of additional or new relative information. Additionally, SUPPLEMENTAL DISCOVERY RESPONSES shall be due in accordance with Rule 26(e)(2) by this date by all parties, and further supplemented or amended upon receipt of additional or new relative information.

5. April 17, 2000 — SUPPLEMENTS to ALL EXPERT REPORTS previously produced shall be due by this date.

6. May 17, 2000 — DISCOVERY shall be completed by this date. Written discovery requests are not timely if they are filed so close to this deadline that under the Federal Rules of Civil Procedure the response would not be due until after the deadline. Counsel may by agreement continue discovery beyond this deadline; such continued discovery, however, will not delay the trial date.

7. May 26, 2000 — AMENDMENTS to Plaintiffs' pleadings shall be filed and served by this date; Amendments to Defendants' pleadings shall be filed and served by June 5, 2000.

8. June 6, 2000 — JOINT PRE-TRIAL ORDER shall be filed and served by this date. All Motions in Limine shall be submitted with the Joint Pretrial Order. Failure to file a Joint Pretrial Order timely will subject this case to dismissal with prejudice in accordance with applicable rules.

9. June 16, 2000 — ALL MOTIONS shall be filed and served by this date. No motion shall be filed after this date except for good cause. *See* Local Rule 6.

10. November 19, 1999; February 7, 2000; March 7, 2000; July 7, 2000 — PRE-TRIAL CONFERENCES shall be set at 10:00 a.m., November 19, 1999; 10:00 a.m., February 7, 2000; and 10:00 a.m., March 7, 2000. Any party wishing to have a motion heard at one of these pre-trial conferences must serve the motion and give notice that it will be taken up at the pre-trial conference at least ten (10) days before the pre-trial conference. The purpose of these pre-trial conferences includes disposition of all motions and matters in dispute. Consequently, no other hearings will be sought or heard except for matters of a truly emergency nature.

The final pre-trial conference will be on the 7th of July 2000 beginning at 10:00 A.M a.m.

11. ~~July 17, 2000~~   ~~TRIAL IS SET FOR THIS DATE.~~ A TRIAL DATE WILL BE ASSIGNED BY JUDGE TAGLE. ~~Docket Call will be held at ___ p.m. in Courtroom ___, United States Courthouse, 500 E. 10th Street, Brownsville, Texas 78520. No documents~~ filed ~~within seven (7) days of the Docket Call will be considered.~~

12   All other deadlines not specified in this Order are pursuant to the applicable local rules and Federal Rules of Civil Produce and/or statutes.

SIGNED this 20TH day of APRIL, 1999.

_____
JUDGE PRESIDING

**AGREED AND ENTRY REQUESTED:**

**Counsel for Plaintiffs:**

_Michael M. Gibson_ *
MICHAEL M. GIBSON
BAYKO GIBSON CARNEGIE HAGAN
SCHOONMAKER & MEYER, L.L.P.
Chase Tower
50th Floor
600 Travis
Houston, Texas 77002
Telephone:   (713) 223-0101
Telecopier:  (713) 223-0042

* signed by permission /Julio/g

-3-