*195*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
(BROWNSVILLE DIVISION)

United States District Court
Southern District of Texas
ENTERED
MAY 0 3 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MISSOURI PACIFIC RAILROAD CO. d/b/a UNION PACIFIC RAILROAD COMPANY and MISSOURI IMPROVEMENT COMPANY | § § § § § | |
| VS. | § | CIVIL ACTION NO. B-97-018 |
| PHILLIPS PROPERTIES, INC., ET AL. | § § | |

## ORDER ON AGREED MOTION TO DISMISS

On __May 3rd__, 1999, the Court considered Plaintiffs Missouri Pacific Railroad Co. d/b/a Union Pacific Railroad Company and Missouri Improvement Company's Agreed Motion to Dismiss Defendant Mobil Oil Corporation. After considering the agreed motion, the Court

GRANTS the Motion to Dismiss, and

IT IS ACCORDINGLY ORDERED that Defendant Mobil Oil Corporation be DISMISSED from this civil action.

IT IS FURTHER ORDERED that this dismissal is WITHOUT PREJUDICE to re-file.

SIGNED on the __3rd__ day of __May__, 1999.

_____
JUDGE PRESIDING

APPROVED AND ENTRY REQUESTED:

_____
MICHAEL M. GIBSON

4