199

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### ORDER

United States District Court
Southern District of Texas
ENTERED

NOV 16 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| MISSOURI PACIFIC RAILROAD COMPANY, ET AL. § § § | |
| VS. § | CIVIL ACTION NO. B-97-018 |
| PHILLIPS PROPERTIES, INC. ET AL. § § | |

TYPE OF CASE:   __X__ CIVIL          ____ CRIMINAL

TAKE NOTICE that the proceeding in this case has been continued as indicated below:

TYPE:

**STATUS CONFERENCE**

PLACE:                                                                 ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**            **SECOND FLOOR COURTROOM, #2**
**500 E. 10TH STREET**
**BROWNSVILLE, TEXAS**

DATE AND TIME PREVIOUSLY SCHEDULED:             CONTINUED TO DATE AND TIME:

**NOVEMBER 19, 1999 AT 10:00 A.M.**                        **NOVEMBER 29, 1999 AT 10:00 A.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   NOVEMBER 17, 1999

TO:     SHELBY A. JORDAN            MICHAEL GIBSON
        ROBERT BAIAMONTE            FRANCISCO ENRIQUEZ
        DAN MILLER                  RAY THOMAS, JR.
        SUSAN FROEHLY TEICH         GREGORY VAL LUNA
        EUGENE BREES                PATRICIA NOLAN
        FRANK E. PEREZ              HARVEY FERGUSON, JR.
        TERRY KEY                   LANCE A. KIRBY
        JAMES DYER                  JEFFREY DAVIS