219

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 0 2000

Michael N. Milby, Clerk of Court

| | |
|---|---|
| MISSOURI PACIFIC RAILROAD | § |
| COMPANY d/b/a UNION PACIFIC | § |
| RAILROAD COMPANY and | § |
| MISSOURI IMPROVEMENT COMPANY | § |
| | § |
| VS. | § |
| | § |
| PHILLIPS PROPERTIES, INC., | § |
| ET AL | § |

CIVIL ACTION NO. B-97-018

United States District Court
Southern District of Texas
ENTERED

JAN 1 1 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER GRANTING LEAVE TO APPEAR
## PURSUANT TO LOCAL RULE 1

On January 10, 2000, the Court having considered the Motion to Appear Pursuant to Local

Rule 1, hereby **ORDERS** that said motion be and is hereby **GRANTED**.

The Clerk shall send a copy of this Order to counsel for all parties.

**DONE AND ENTERED** at Brownsville, Texas on January _10_, 2000.

HON. JOHN WM. BLACK
UNITED STATES MAGISTRATE JUDGE

44834:882464.1:010700