227

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
(BROWNSVILLE DIVISION)

United States District Court
Southern District of Texas
ENTERED

FEB 0 9 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| MISSOURI PACIFIC RAILROAD CO. § <br> d/b/a UNION PACIFIC RAILROAD § <br> COMPANY and MISSOURI § <br> IMPROVEMENT COMPANY § <br> VS. § <br> § <br> PHILLIPS PROPERTIES, INC., ET AL. § | CIVIL ACTION NO. B-97-018 <br><br> A JURY IS DEMANDED |

ORDER ON AGREED MOTION TO ENLARGE TIME FOR
PLAINTIFFS TO RESPOND TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT

On 7 FEB, 2000, the court considered the Agreed Motion to Enlarge Time for Plaintiffs to Respond to Defendants' Motion for Summary Judgment. After considering the Agreed Motion, the court

FINDS there is cause to enlarge time for Plaintiffs to Respond to Defendants' Motion for Summary Judgment until five business days following plaintiffs' receipt of the Honorable Magistrate Judge Black's recommendations to the Honorable Judge Tagle concerning all pending motions.

DONE AT BROWNSVILLE TEXAS THIS 7TH DAY OF FEBRUARY 2000

UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE