IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MISSOURI PACIFIC RAILROAD COMPANY, et al., | § § § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. B-97-018 |
| PHILLIPS PROPERTIES, INC., et al., | § § § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on the 8TH day of February, 2000, came on to be considered Defendants Ultramar Diamond Shamrock Corporation f/k/a Diamond Shamrock, Inc. and Valley Petroleum, Inc.'s Amended Motion for Appearance of Co-Counsel for the Purposes of Hearing On January 10, 2000, and this Court is of the opinion that the said Defendants' Motion should be GRANTED.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that Defendants' Motion for Appearance of Co-Counsel for the Purposes of Hearing On January 10, 2000, is GRANTED and that Cecile Foy Gsanger, of the law firm of Chaves, Gonzales & Hoblit, L.L.P., is permitted to attend the hearing scheduled for January 10, 2000, rather than the attorney in charge for Defendants, Harvey Ferguson, Jr.

SIGNED, ORDERED AND ENTERED this the 8TH day of FEB, 2000.

_____
U.S. MAGISTRATE JUDGE