230

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

| | | |
|---|---|---|
| MISSOURI PACIFIC RAILROAD COMPANY, ET AL. | § § § | |
| VS. | § | CIVIL ACTION NO. B-97-018 |
| PHILLIPS PROPERTIES, INC., ET AL. | § § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S
### REPORT AND RECOMMENDATION

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of January 27, 2000 should be **ADOPTED** and that this case be **DISMISSED without prejudice.**

DONE in Brownsville, Texas, on this ___17___ day of ___Feb___, 2000.

_____
Hilda G. Tagle
United States District Judge